UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL MARTIN,

    Plaintiff,                              No. 16-13614

v.                                        District Judge Denise Page Hood
                                             Magistrate Judge R. Steven Whalen

SHERIFF ROBERT PICKELL, ET AL.,

    Defendants.

_____/

**NOTICE FOR PLAINTIFF TO PROVIDE CORRECT ADDRESS**

    On October 6, 2016, Plaintiff Daniel Martin filed a *pro se* civil complaint in this Court. At that time, he was incarcerated at the Genesee County Jail, and he indicated that as his mailing address. He has since apparently been released, and one of his recently filed motions has a return address indicating a post office box in Ann Arbor, Michigan.

    It is the Plaintiff's responsibility to provide this Court with a correct mailing address and, if he has one, a telephone number. Therefore, Plaintiff must, within 14 days of the date of this Order, file with the Court a Change of Address, indicating his current mailing address and telephone number. This does not have to be in any strict legal format, and Plaintiff may simply put this information in a letter addressed to the Clerk of the Court.

    IT IS SO ORDERED.

                                                    s/ R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: November 28, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 28, 2016, electronically and/or by U.S. mail.

                                               s/Carolyn M. Ciesla
                                               Case Manager to the
                                               Honorable R. Steven Whalen