UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL MARTIN,

    Plaintiff,                              No. 16-13614

v.                                        District Judge Denise Page Hood
                                         Magistrate Judge R. Steven Whalen

SHERIFF ROBERT PICKELL, ET AL.,

    Defendants.
_____/

**ORDER**

On October 6, 2016, Plaintiff Daniel Martin filed a *pro se* civil complaint in this Court, claiming Defendant Corizon's deliberate indifference to his medical needs while he was incarcerated in the Genesee County Jail, in violation of the Eighth Amendment. Before the Court are two motions:

-Motion to Authorize Medical Treatment [Doc. #8]

-Motion to Add 14th and 8th Amendment [Doc. #11]

For the reasons discussed below, both motions are DENIED.

<u>Motion to Authorize Medical Treatment [Doc. #8]</u>

In this motion, Plaintiff asks that the Genesee County Jail be ordered to provide medical treatment to him. There are any number of reasons why this motion should be denied, but two will suffice. First, apart from the impropriety of this Court making a medical judgment as to Plaintiff's need for treatment, his is no longer at the Genesee County Jail. Correspondence sent to him at the Jail was returned as undeliverable on November 7, 2016, with the notation "Not here return to sender." [Doc. #10]. Secondly, I have filed a Report and Recommendation that the Defendants be involuntarily dismissed

-1-

for Plaintiff's failure to prosecute. The Plaintiff did not respond to the motion, and it appears he has moved on.

### Motion to Add 14th and 8th Amendment [Doc. #11]

Again, I have filed a Report and Recommendation that the complaint be dismissed based on Plaintiff's failure to prosecute. Plaintiff has not seen fit to advise this Court of his new address or other contact information. Adding claims to a complaint that is subject to dismissal would be futile.

Accordingly, Plaintiff's Motion to Authorize Medical Treatment [Doc. #8] is DENIED.

Plaintiff's Motion to Add 14th & 8th Amendment [Doc. #11] is DENIED.

IT IS SO ORDERED.

Dated: August 14, 2017         s/R. Steven Whalen
                               R. STEVEN WHALEN
                               UNITED STATES MAGISTRATE JUDGE

### CERTIFICATE OF SERVICE

I hereby certify on August 14, 2017 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants August 14, 2017.

                               s/Carolyn M. Ciesla
                               **Case Manager for the**
                               **Honorable R. Steven Whalen**